UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rogelia HERNANDEZ CRUZ, | Case No.:  26-cv-0081-AGS-DEB |
| Petitioner, | **ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |
| v. | |
| Patrick DIVVER, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

Respondents must provide petitioner with a bond hearing before an immigration judge by **January 27, 2026**.

Dated:  January 13, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0081-AGS-DEB